BEFORE THE SECOND DIVISION, FEBRUARY 28, 1961

**No. 66509.**—C. J. Tower & Sons of Niagara, Inc. *v.* United States, protest 59/19014 (Buffalo).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of nickel-bearing materials similar in all material respects

to those the subject of *F. W. Myers & Co., Inc.* v. *United States* (46 Cust. Ct. 90, C.D. 2239), the claim of the plaintiff was sustained.